UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY SUE BLODGETT,

        Plaintiff,                                 Case No. 1:09-CV-147

v.                                             Hon. Robert J. Jonker

GRAND TRAVERSE COUNTY, et al,

        Defendants.
_____/

**ORDER**

        Pending before the court is Defendants' Motion for Protective Order (docket no. 19), which has been heard this date. The parties having, during the course of the hearing, agreed upon the terms of a protective order which has now been entered, the motion is deemed GRANTED to the extent and for the reasons stated on the record.

        Further, the Case Management Order is modified to extend the date for completion of discovery from December 1, 2009 to December 20, 2009. In all other respects, the Case Management Order remains unchanged.

        **IT IS SO ORDERED.**


Dated: June 30, 2009                               /s/ Hugh W. Brenneman, Jr.
                                                    HUGH W. BRENNEMAN, JR.
                                                    United States Magistrate Judge