UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY SUE BLODGETT, Personal
Representative of the Estate of Sarah
Lynn Clark,

       Plaintiff,                       Case No. 1:09-cv-147

v.                                     Hon. Robert J. Jonker

GRAND TRAVERSE COUNTY,

       Defendant.
_____/

**ORDER**

Pending before the court is the defendants' motion to quash a subpoena to permit inspection of the Grand Traverse County Correctional Facility (docket no. 61). For the reasons more fully stated on the record at the hearing held this date, the motion to quash the subpoena is **DENIED**, subject to the following limitations:

      1)       The inspection shall be a walk-through inspection by one or two of plaintiff's attorneys;

      2)       The inspection shall be limited to the booking area, the cell where plaintiff was housed, the video arraignment area, the shower room where plaintiff died, the medical services area where she was treated, and the control room(s) for these respective areas. The sally port shall not be part of the inspection.

      3)       Counsel may take handwritten notes of their observations, but the inspection shall not include any formal measuring, photographing, videotaping, etc.

      4)       The inspection and the handwritten notes are subject to a protective order.

5) The inspection shall be handled at the earliest mutually convenient time.

6) The inspection shall be conducted in a reasonable manner by all parties.

**IT IS SO ORDERED.**


Dated: May 7, 2010                                /s/ Hugh W. Brenneman, Jr.
                                                  HUGH W. BRENNEMAN, JR.
                                                  United States Magistrate Judge